Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
6140 STONERIDGE MALL RD SUITE 250
TELEPHONE: 925-621-1900
FAX: 925-621-1901

**FILED**
FEB - 1 2013
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**RECEIVED**
FEB 6 2013
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: DEOGRACIAS ALFONSO USI JR

Debtor(s)

Case No 09-44861 WJL13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1175.82 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 09-44861 WJL13 | ONE WEST BANK<br>7700 W PARMER LN BLDG D<br>AUSTIN TX 78729 | $256,652.04 | $1175.82 |
| | Total Unclaimed Dividends | | $1175.82 |

Dated: January 29, 2013

*Martha G Bronitsky*

Martha G. Bronitsky, Chapter 13 Trustee